IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| ELIAS GARCIA-MORENO, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-4017-PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| GREAT-WEST LIFE AND ANNUITY INSURANCE CO., a Colorado corporation, and its Subsidiary, ALTA HEALTH & LIFE INSURANCE CO., a Colorado corporation, | ) | IN A CIVIL CASE |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Judgment is entered in favor of Plaintiff, Elias Garcia-Moreno, and against the defendants, Great-West Life and Annuity Insurance Co., a Colorado corporation, and its Subsidiary, Alta Health & Life Insurance Co., a Colorado corporation. The defendants to pay fifteen thousand dollars and no cents ($15,000.00) in life insurance benefits to the plaintiff.

Dated: December 1, 2005        PRIDGEN J. WATKINS
                                                  Clerk

                                                  s/ des
                                                  (By) Deputy Clerk